**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JEREMY KENNEDY**
**ADC #93061**                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-0053 KGB/BD**

**ROBERT JONES, et al.**                                              **DEFENDANTS**

## INITIAL ORDER FOR PRO SE PRISONER-PLAINTIFFS

You have filed this federal civil rights lawsuit pro se, that is, without the help of a

lawyer.  There are rules and procedures that you must follow in order to proceed with

your lawsuit, even though you are not a lawyer.

**First: Follow All Court Rules.**  You must comply with the Federal Rules of Civil
Procedure as well as Local Rules for the Eastern District of Arkansas.  Copies of
rules can be found in the prison library.

In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs, like you,
who are not represented by a lawyer:

1.    You must promptly notify the Clerk and the other parties in the case
of any change in address.  You must inform the court if you are
transferred from one unit to another.  Notifying the court of your
change in address is especially important if you are released from
custody while your lawsuit is pending.  If you do not keep the court
informed as to your current address, your lawsuit can be dismissed.

2.    You must monitor the progress of your case and prosecute the case
diligently.

3.    You must sign all pleadings and other papers filed with the court,
and each paper you file must include your current address.

4.    If any communication from the Court to a pro se plaintiff is not
responded to within thirty (30) days, the case may be dismissed,
without prejudice.

**Second: Pay the Filing Fee.**  Every civil case filed by a prisoner – including this one – requires the plaintiff to pay a filing fee either at the beginning of the lawsuit or, if he cannot afford to pay the entire fee in a lump sum, to apply to proceed *in forma pauperis* ("IFP").  You have filed an application to proceed IFP and submitted all necessary documents.  **Your motion, however, (docket entry #1) is DENIED.**

Because of your litigation history, you cannot proceed *in forma pauperis* in federal court absent an allegation that you are in imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  You allege that your medical needs have been ignored, but based on your allegations, it appears that you have consistently been evaluated by the medical staff at every unit where you have been housed.  Although you are not been pleased with the treatment that you have received, you have not pleaded facts to show you are in imminent danger of serious injury.

If you wish to proceed with this action, you must pay the $400.00 filing fee within thirty (30) days.  Failure to pay the fee will result in dismissal of this case.

**Third: Provide Addresses for Service.**  All defendants must be served with the complaint and a summons within 120 days of the filing of a complaint.  This includes "John/Jane Doe" defendants.  Any defendant who is not served within 120 days can be dismissed, without prejudice, from the lawsuit.  It is your responsibility to identify and serve defendants, including "Doe" defendants.  You may send discovery requests, or use other means, to find valid service addresses for defendants.

**Fourth: No Right to Appointed Counsel.**  This is a civil case.  Unlike criminal cases, there is no right to have an appointed lawyer in a civil case.  If your case proceeds to a jury trial, however, a lawyer will be appointed to assist you before trial.

**Fifth: Do Not File Your Discovery Requests.**  Discovery requests, such as interrogatories and requests for documents, are not to be filed with the court.  Instead, discovery requests should be sent to counsel for the defendant (or directly to the defendant if he or she is not represented by a lawyer).  No discovery should be sent to a defendant until after that defendant has been served with the complaint.

2

**Sixth: Do Not Send Documents to Court Except in Two Situations.**  You may send documents or other evidence to the Court only if attached to a motion for summary judgment or in response to a motion for summary judgment; or if the court orders you to send documents or other evidence.

**Seventh: Provide a Witness List.**  If your case is set for trial, as your trial date approaches, you will be asked to provide a witness list.  After reviewing the witness list, the Court will subpoena necessary witnesses.

IT IS SO ORDERED, this 19th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE