**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JEREMY KENNEDY**
**ADC #93061**                                                                            **PLAINTIFF**

**V.**                   **CASE NO. 5:14CV00053-KGB-BD**

**ROBERT JONES, et al.**                                               **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**   **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Court Judge Kristine G. Baker.  Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

Mail objections to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## II. Discussion

On February 14, 2014, Jeremy Kennedy, an inmate at the Arkansas Department of Correction, Varner Unit, filed this lawsuit pro se under 42 U.S.C. § 1983. He also moved for leave to proceed *in forma pauperis* ("IFP"). (Docket entries #1, #2) Due to Mr. Kennedy's litigation history, however, his motion to proceed IFP was denied. By Order of February 19, 2014, Mr. Kennedy was ordered to pay the statutory filing fee of $400.00 within 30 days. (#3) The Court cautioned Mr. Kennedy that if he did not pay the filing fee, his case could be dismissed.

Mr. Kennedy moved for reconsideration of the denial of his IFP application based on imminent danger to his health. The motion was denied, without prejudice, on March 10, 2014. (#5) The March 10 Order directed Mr. Kennedy to file an Amended Complaint within 30 days that included only one constitutional claim and specifically explained how he would suffer serious physical injury if the Court did not allow him to proceed IFP. Mr. Kennedy was informed that, based on the allegations in his Amended Complaint, the Court would determine whether he would be allowed to proceed IFP.

Mr. Kennedy has not complied with this Court's March 10, 2014 Order. He has not filed an Amended Complaint, and the filing fee issue remains unresolved.

The Court recommends that Mr. Kennedy's claims be dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of March 10, 2014.

DATED this 19th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE