# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JEREMY KENNEDY**
**ADC #93061**                                                                                        **PLAINTIFF**

**V.**                            **Case No. 5:14-cv-00053-KGB-BD**

**ROBERT JONES, et al.**                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). Plaintiff Jeremy Kennedy has filed no objections. After careful review, this Court hereby approves and adopts the Recommended Disposition in its entirety. The Court dismisses without prejudice Mr. Kennedy's claims.

SO ORDERED this 12th day of May, 2015.

_____
Kristine G. Baker
United States District Judge