## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JEREMY KENNEDY**
**ADC #93061**                                                                                    **PLAINTIFF**

**V.**                                    **Case No. 5:14-cv-00053-KGB-BD**

**ROBERT JONES, et al.**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses without

prejudice this case.

SO ORDERED this 12th day of May, 2015.

_____
Kristine G. Baker
United States District Judge